IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CURTIS ALAN JAMES MARCEAU,<br><br>Defendant. | CR-25-52-M-DWM<br><br>ORDER |

Defendant Curtis Alan James Marceau appeared before the Court for a detention hearing on December 16, 2025, and was released to attend inpatient treatment at Recovery Centers of Montana.

IT IS ORDERED that Defendant shall file a notice advising the Court of his anticipated release date from Recovery Centers of Montana, at which time the Court will set a hearing to address the issue of his continued release.

DATED this 16th day of December, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1